UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00224-MR

| | |
|---|---|
| COREY DELON GREENE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>KENNETH LASSITER, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's letter to the undersigned. [Doc. 59].

Pro se Plaintiff Corey Delon Greene ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Avery/Mitchell Correctional Institution in Spruce Pine, North Carolina. Plaintiff filed a Complaint under 42 U.S.C. § 1983 against Defendants on July 18, 2019, and an Amended Complaint on September 12, 2019. [Docs. 1, 16]. Plaintiff's Amended Complaint survived initial review. [Doc. 18]. North Carolina Prisoner Legal Services (NCPLS) was appointed as counsel for Plaintiff for the limited purpose of conducting discovery in this matter. [Doc. 47]. The current discovery deadline is February 18, 2021. [12/17/2021].

Plaintiff has filed the pending letter directed to the undersigned in which he complains about various aspects of the representation being provided by NCPLS counsel. [Doc. 59]. Plaintiff seeks "to put the Court on notice of [his] present and unnecessary hardship with appointed counsel." [Doc. 59].

The Court declines to consider this letter and will strike it from the record in this matter. As Plaintiff was expressly directed in the Order of Instructions mailed to him on July 29, 2019, documents Plaintiff files with the Court should not be directed to the Judge assigned to his case. [Doc. 3 at ¶ 5]. Further, Plaintiff was instructed that, "[o]nly documents properly filed with the Clerk of Court will be docketed in this case." [Id. at ¶ 4]. Should the Plaintiff seek relief from the Court, he must file a proper motion with the Court. [Id. ("Only motions will be ruled on by the Court.")]. Should Plaintiff file documents in this case directed to the undersigned in the future, they may be summarily dismissed and/or stricken.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Plaintiff's [Doc. 59] is **STRICKEN** from the record in this matter.

Signed: January 14, 2021

Martin Reidinger
Chief United States District Judge