# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Corey Delon Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00224-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Lassiter, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2025 Order.

January 28, 2025

Katherine Hord Simon, Clerk
United States District Court